FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 31, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELISSA BUCK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RONNA WASHINES, an individual; TAMARA SALUSKIN, an individual; SHARON GOUDY, an individual; ANITA GEORGE, an individual; KARIN FOSTER, an individual; and KIM SMARTLOWIT, an individual,<br><br>　　　　　Defendants. | NO: 1:25-CV-3100-TOR<br><br>ORDER OF VOLUNTARY DISMISSAL |

BEFORE THE COURT is Plaintiff's construed Motion to Dismiss. ECF No. 8. Because Defendants have neither filed an answer nor moved for summary judgment, Plaintiff has an absolute right to voluntarily dismiss this case. Fed. R. Civ. P. 41(a)(1)(A)(i).

ORDER OF DISMISSAL ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. All claims and causes of action in this matter are **DISMISSED**.

2. All pending Motions, ECF Nos. 4, 7 and 8, are **DENIED** as moot.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to the parties, and **CLOSE** the file.

**DATED** July 31, 2025.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL ~ 2